**ARIZONA STATE CARPENTERS PENSION TRUST FUND, et al., Plaintiffs–Appellants,**

v.

**CITIBANK (ARIZONA), an Arizona banking corporation, Defendant–Appellee.**

No. 94–16316.

United States Court of Appeals, Ninth Circuit.

Feb. 28, 1997.

Before WALLACE and THOMPSON, Circuit Judges, and SEDWICK, District

Judge.*

The opinion filed September 27, 1996 and published at 96 F.3d 1310 is withdrawn. The court has under consideration the pending petition for rehearing.